Writ refused. No error of law shown in the application of the only Relator (Def.) in this case.

179 So.2d 431

**Joseph MILLIGAN**

v.

**The FIDELITY AND CASUALTY COM-PANY OF NEW YORK.**

**No. 47984.**

Nov. 10, 1965.

SANDERS, J., is also of the opinion that the showing made does not warrant the exercise of supervisory jurisdiction. After the overruling of plaintiff's motion, plaintiff's counsel retained a private stenographer and proceeded to trial, the evidence being duly taken by that stenographer. Remedial relief cannot now be granted.